| | |
|---|---|
| 1 | HEIDI A. TIMKEN (SBN 159731) |
|   | LESLIE A. JOHNSON (SBN 57411) |
| 2 | CHRISTOPHER J. GONAZALEZ (SBN 227804) |
|   | TIMKEN JOHNSON HWANG LLP |
| 3 | A Professional Law Group |
|   | 1931 San Miguel Dr., Suite 100 |
| 4 | Walnut Creek, CA  94596 |
|   | Telephone:    (925) 945-6211 |
| 5 | Facsimile:    (925) 945-7811 |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | VICTOR AIUTO; CALVIN CHAN; EMILY BEHR; MATTHEW CAHILL; GEORGIA CAHILL; LAURA CARROLL; MICHAEL J. MARX; ROD J. CELLA; MAUREEN COOK; JUDY GABRIEL; PATRICIA GERARD, TRUSTEE OF THE KURT FRIEDBERG IRREVOCABLE TRUST; CORNELIA HOPPE; ROBERT JEFFREY; MARIAN JEFFREY; JOANNE WOO KNIGHT; HELEN LESLIE; MARGARET LOO; MARY ELLEN MANNIX-CANTILLON; ROBERT McKEE; JOHN MOKRICKY; ROBERT MILLS; MARIA MOK; MOHSEN NASER-TAVAKOLIAN; REBECCA NORDSET; ROSE TRACY REINHEIMER; BENEDICTINA TRACY; V. OLIVIA TIBURCIO; KATHLEEN L. TREWIN; ANTONOIS TSATSARONIS; DARWIN TU; SANDRA TWISSELLMANN; BARBARA WIRTH; SOHER YOUSEF; JOHANNA ZEA; KATHRYN AYERS; MICHAEL AND JILL BOURQUE, TRUSTEES OF THE BOURQUE REVOCABLE TRUST; PATRICK CARROLL; SUSAN CUPPLES; BRUCE FELDMANN; ALI GIVECHI; JOHN GRIMANI; SONIA CATRAVAS-GRIMANI; RENEE GRIMANI-KARDNER; JAMES HOYER; ADRIENNE HOYER; KATHRYN HYDE; DAVID LAMBERT, TRUSTEE OF THE DAVID LAMBERT 1997 REVOCABLE TRUST; MARSHA LEE; THOMAS LEE; GERDI LEE; ROBERT F. LEWIS; | Case No.  CV 09-02093 CW<br><br>**STIPULATION AND ORDER THEREON - AS MODIFIED** |

(Continued on next page)

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | ANDREW NATZKE; MICHAEL McPARTLIN; DEE MODGLIN; KATHLEEN NAKAMURA; LESLIE NAKAMURA; JAY OAKMAN; CATHERINE OAKMAN; DAVID PERIM; JAMES ROSS, TRUSTEE OF THE JAMES ROSS REVOCABLE TRUST; KEVIN SIMMONS; TYRONE STURDIVANT, TRUSTEE OF THE STURDIVANT REVOCABLE TRUST; NANCY TROGMAN, TRUSTEE OF THE NANCY C. TROGMAN REVOCABLE TRUST; JOHN F. WARDA JR., TRUSTEE OF THE ROSARIO OCCHIPINTI SEPARATE PROPERTY TRUST; WILLIAM WIDENMANN<br><br>                Plaintiffs,<br><br>   v.<br><br>SAN FRANCISCO'S MAYOR'S OFFICE OF HOUSING, a Department of the CITY OF SAN FRANCISCO; GAVIN NEWSOM, an individual in his capacity as Mayor of the CITY OF SAN FRANCISCO; CITY OF SAN FRANCISCO, a municipal corporation; SAN FRANCISCO BOARD OF SUPERVISORS, a political and governing body; and DOES 1-100, inclusive,<br><br>                Defendants. | |

19  On February 17, 2010, counsel for the parties to this action met with mediator Martin

20  Dodd to engage in a preliminary mediation focused on the procedural facets of this case. Leslie

21  A. Johnson and Heidi A. Timken attended on behalf of plaintiffs; Thomas S. Lakritz, Deputy City

22  Attorney, attended on behalf of all defendants. Mindful of the fact that the Court has not yet

23  issued a ruling on Defendants' motion for judgment on the pleadings, the mediator and counsel

24  felt that it was in all parties' interest to reach some agreement regarding pre-trial dates. The

25  parties therefore and hereby STIPULATE as follows:

26      1. The deadline to complete fact discovery is extended to May 14, 2010.

27      2. The deadline to disclose experts and exchange expert reports is continued to

28         May 28, 2010.

3. The deadline to disclose rebuttal experts is June 11, 2010.

4. The deadline to complete expert discovery is July 15, 2010.

5. The deadline by which dispositive motions must be heard is August 5, 2010, at 2:00 p.m.

6. All other pre-trial dates, including the October 4, 2010 trial date, are unchanged.

IT IS SO STIPULATED.

Dated: March 12, 2010

TIMKEN JOHNSON HWANG LLP

By: _____
HEIDI A. TIMKEN
Attorneys for Plaintiffs
VICTOR M. AIUTO, et. al.

Dated: March 12, 2010

DENNIS J. HERRERA
City Attorney
KRISTEN A. JENSEN
THOMAS S. LAKRITZ
VICTORIA WONG
Deputy City Attorneys

By: _____
THOMAS S. LAKRITZ
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et. al.

ORDER

The court, having read the Stipulation of the parties, and GOOD CAUSE APPEARING therefor, the Court HEREBY enters an Order thereon, **except that the deadline for hearing on dispositive motions is July 15, 2010.**

IT IS SO ORDERED.

Dated: May 3, 2010

_____
JUDGE CLAUDIA WILKEN